UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 YADWINDER DHILLON *No Mag#*
D-2 DONOVAN COLE *No Mag#*
D-3 GURPREET GREWAL *No Mag#*
D-4 HARINDER BRAR *No Mag#*

    Defendants.
_____/

Cr. No. 04-80896

VIO. 21 U.S.C. §§841, 846

Hon. GERALD E. ROSEN

Magistrate Judge Steven D. Pepe

FILED 04 OCT 28 P2:08
U.S. DIST. COURT CLERK
EAST. DIST. MICH
DETROIT

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE
(21 U.S.C. §§841, 846–Conspiracy to Possess with
with Intent to Distribute Marijuana )

D-1 YADWINDER DHILLON
D-2 DONOVAN COLE
D-3 GURPREET GREWAL
D-4 HARINDER BRAR

That from on or about November 15, 2003 to on or about March 20, 2004 in the Eastern District of Michigan, Southern Division at Port Huron and elsewhere in the United States and Canada, YADWINDER DHILLON, DONOVAN COLE, GURPREET GREWAL and HARINDER BRAR, defendants herein, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with each other and with persons both known and unknown to

the Grand Jury, to commit an offense against the United States, that being possessing with intent to distribute 1000 kilograms or more of marijuana, a Schedule I Controlled Substance, contrary to the provisions of Section 841(a)(1) of Title 21, United States Code.

It was part of the ways and means of this unlawful conspiracy that defendants DONOVAN COLE and YADWINDER DHILLON, with the assistance of defendants GURPREET GREWAL and HARINDER BRAR, would arrange for the transportation of marijuana from Canada into the United States, and from the United States to Canada, by commercial trucks, including through ports of entry in southeast Michigan at Port Huron and Detroit and then have the payment for the marijuana shipped back to Canada in commercial trucks, again through U.S. ports of entry.

All in violation of Section 846 of Title 21, United States Code.

THIS IS A TRUE BILL

*[signature]*
FOREPERSON

CRAIG MORFORD
United States Attorney

*[signature]*
Karl Overman
Assistant U.S. Attorney

Date: 12/08/04

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>04-80896 |
|---|---|---|

GERALD E. ROSEN

Magistrate Judge Steven D. Pepe

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

Case Title: USA v. Yadwinder Dhillon, Donovan Cole, Gurpreet Grewal, Harinder Brar

County where offense occurred: St. Clair

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

X Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number_____]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding Section below].

FILED
'04 OCT 28 P2:08
DIST. COURT CLERK
EAST. DIST. MICH.
DETROIT

### Superseding Case Information:

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**         **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 26, 2004
Date

KARL OVERMAN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9604
Fax: (313) 226-3265
E-Mail address: Karl.Overman@usdoj.gov
Attorney Bar #: P23530

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04